Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
greg.korman@kattenlaw.com
Andrew J. Demko (CA 247320)
andrew.demko@kattenlaw.com
Courtnee A. Draper (CA 298921)
courtnee.draper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Attorneys for Defendant Allied Interstate, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrie Couser, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Allied Interstate, LLC<br><br>Defendant | Case No.: 5:14-cv-02311-JGB-DTB<br><br>**Defendant's Answer to Complaint** |

# ANSWER

Defendant Allied Interstate, LLC, answers the complaint filed by Carrie Couser as follows:

1.      In answering this paragraph, Allied admits plaintiff asserts legal claims but denies the remaining allegations.

2.      In answering this paragraph, Allied alleges that this paragraph contains legal conclusions to which no factual response is required. To the extent a response is required, Allied denies.

3.      In answering this paragraph, Allied alleges that this paragraph contains legal conclusions to which no factual response is required. To the extent a response is required, Allied denies.

4.      In answering this paragraph, Allied alleges that this paragraph contains legal conclusions to which no factual response is required. To the extent a response is required, Allied denies.

5.      In answering this paragraph, Allied alleges that this paragraph contains legal conclusions to which no factual response is required. To the extent a response is required, Allied denies.

6.      In answering this paragraph, Allied admits this Court has subject matter jurisdiction.

7.      In answering this paragraph, Allied admits venue is proper in this district.

8.      In answering this paragraph, Allied admits that Couser, as a natural person, meets the TCPA definition of "person." Allied lacks sufficient information to admit or deny the remainder of the allegations and denies them on that basis.

9.      In answering this paragraph, Allied admits that it conducted business in Riverside County, but denies the remaining allegations.

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067 3012
310.788.4400 tel   310.788.4471 fax

1    10.    In answering this paragraph, Allied admits that Couser, as a

2    natural person, meets the TCPA definition of "person." Allied lacks sufficient

3    information to admit or deny the remainder of the allegations and denies them

4    on that basis.

5    11.    In answering this paragraph, Allied denies the allegations.

6    12.    In answering this paragraph, Allied admits the allegations.

7    13.    In answering this paragraph, Allied admits that it dialed a

8    telephone number associated with Maria Soltar a total of three times, on

9    October 30, 2014, at 12:47 p.m., October 31, 2014, at 10:28 a.m., and

10    November 1, 2013, at 10:23 a.m. Allied denies the remaining allegations.

11    14.    In answering this paragraph, Allied denies.

12    15.    In answering this paragraph, Allied denies.

13    16.    In answering this paragraph, Allied denies.

14    17.    In answering this paragraph, Allied admits its calls were not for

15    emergency purposes.

16    18.    In answering this paragraph, Allied lacks sufficient information to

17    admit or deny and on that basis denies.

18    19.    In answering this paragraph, Allied denies.

19    20.    In answering this paragraph, Allied denies.

20    21.    In answering this paragraph, Allied denies.

21    22.    In answering this paragraph, Allied denies.

22    23.    In answering this paragraph, Allied denies.

23    24.    In answering this paragraph, Allied denies.

24    25.    In answering this paragraph, Allied denies.

25    26.    In answering this paragraph, Allied denies.

26    27.    In answering this paragraph, Allied denies.

27    28.    In answering this paragraph, Allied denies.

28    29.    In answering this paragraph, Allied denies.

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

30. In answering this paragraph, Allied denies.

31. In answering this paragraph, Allied denies.

## FIRST CAUSE OF ACTION

32. Allied incorporates paragraphs 1–31 as if fully restated here.

33. In answering this paragraph, Allied denies.

34. In answering this paragraph, Allied denies.

35. In answering this paragraph, Allied denies.

## SECOND CAUSE OF ACTION

36. Allied incorporates paragraphs 1–35 as if fully restated here.

37. In answering this paragraph, Allied denies.

38. In answering this paragraph, Allied denies.

39. In answering this paragraph, Allied denies.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof on any issue, Allied alleges that Couser's complaint is subject to the following affirmative defenses:

## CONSENT

For its first affirmative defense, Allied alleges that recovery by Couser or members of the alleged class is barred by the doctrine of consent.

## ARBITRATION

For its second affirmative defense, Allied alleges that Couser or members of the alleged class are subject to arbitration provisions with class-action waivers.

## PRIMARY JURISDICTION

For its third affirmative defense, Allied alleges that this case should be stayed or dismissed pursuant to the Federal Communications Commission's primary jurisdiction over the issues in the case.

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

## ADEQUATE REMEDY AT LAW

For its fourth affirmative defense, Allied alleges that injunctive relief is unavailable because Couser and the alleged class have an adequate remedy at law.

## GOOD FAITH DEFENSE

For its fifth affirmative defense, Allied alleges it had a good-faith basis to believe that Couser and the members of the alleged class had provided consent to the creditors on whose behalf Allied sought to collect a debt.

## PRAYER FOR RELIEF

WHEREFORE, Allied denies all allegations in Couser's prayer (paragraphs 40–45) and prays for relief as follows:

1. That Couser take nothing by way of her complaint;

2. For a judgment of dismissal with prejudice;

3. For costs of suit; and

4. For any other relief the Court deems just.

Respectfully submitted,

Dated: January 7, 2015        KATTEN MUCHIN ROSENMAN LLP


By: _____/s/Gregory S. Korman_____
Attorneys for Defendant Allied
Interstate, LLC

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax