# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrie Couser, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>  v.<br><br>Allied Interstate, LLC<br><br>    Defendant | Case No.: 5:14-cv-02311-JGB-DTB<br><br>[Proposed] **Order Granting Stipulation for Relief from Local Rule 23–3** |

# ORDER

Plaintiff Carrie Couser and defendant Allied Interstate, LLC jointly request relief from Local Rule 23–3. The Court finds good cause for the request and grants it. The requirements of Local Rule 23–3 are extended for a period of 90 days.

IT IS SO ORDERED.

Dated:  January 8, 2015

_____
United States District Judge