Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER**, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:14-cv-02311-JGB-DTB |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| v. | |
| **ALLIED INTERSTATE,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff Carrie Couser, and, to the extent necessary, without prejudice as to the putative class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to plaintiff Carrie Couser and without prejudice as to the putative class alleged in the complaint.

Respectfully submitted this 22nd day of May, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

KATTEN MUCHIN ROSENMAN LLP

By: s/ Gregory S. Korman
Gregory S. Korman
Attorneys for Defendant ALLIED INTERSTATE, LLC

Filed electronically on this 22nd day of May, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jesus G. Bernal
United States District Court
Central District of California

Andrew John Demko
Katten Muchin Rosenman LLP

Courtnee A Draper
Katten Muchin Rosenman LLP

Stuart M Richter
Katten Muchin Rosenman LLP

Gregory S Korman
Katten Muchin Rosenman LLP

This 22nd day of May, 2015

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN