JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 26 2015
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER**, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:14-cv-02311-JGB-DTB |
| Plaintiff, | **ORDER** |
| v. | |
| **ALLIED INTERSTATE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 26th day of May, 2015.

_____
The Honorable Jesus G. Bernal